TENNESSEE LAND CORPORATION, ET AL. v. E.J. HERRMANN, JR., ET AL.

September 11, 1989.

Petition for certification denied.

GINA COMER v. PHILLIP SERPE & DAWN SERPE.

September 11, 1989.

Petition for certification denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL AND CODICIL OF MARIAN BATHGATE JACOBS, DECEASED.

September 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD JOHNSON.

September 11, 1989.

Leave to appeal granted.